Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-743-0307
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY UTAI, | Case No.: 8:16-cv-01145-AG (JCGx) |
| Plaintiff | **Stipulation for Dismissal of Entire Case** |
| v. | |
| VAN RU CREDIT CORPORATION, et al., | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the undersigned parties hereby stipulate to dismiss this action with prejudice. Each party to bear its own fees and costs.

DATED: August 21, 2017        _____s/ Jeremy S. Golden_____
                              Jeremy S. Golden
                              Attorney for Plaintiff


DATED: August 21, 2017        __s/ Kelly Knepper-Stephens_____
                              Kelly Knepper-Stephens
                              Attorney for Defendant