Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-743-0307
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY UTAI, | Case No.: 8:16-cv-01145-AG (JCGx) |
| Plaintiff | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| VAN RU CREDIT CORPORATION, et al., | |
| Defendants | |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs. IT IS SO ORDERED

DATE: August 22, 2017   BY: _____
UNITED STATES DISTRICT JUDGE
ANDREW J GUILFORD